UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| CAROLINE AVEGNO | CIVIL ACTION |
| VERSUS | NO. 13-820 |
| JEFFERSON PARISH PUBLIC SCHOOL SYSTEM and JEFFERSON PARISH SCHOOL BOARD | SECTION "N" (2) |

## ORDER AND REASONS

Presently before the Court is Defendants' "Motion to Dismiss Pursuant to Rule 12(b)(1) and 12(b)(6)" (Rec. Doc. 6). As presented, Plaintiffs' submissions do not demonstrate entitlement to a writ of mandamus. Accordingly, **IT IS ORDERED** that Defendants' motion is **GRANTED**.

New Orleans, Louisiana, this 13th day of January 2014.

　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　**KURT D. ENGELHARDT**
　　　　　　　　　　　　　　　　　**United States District Judge**